**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77    **Title:** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 100.3.121.157 | 5/17/2012 0:00 | Zephyrhills | FL | Verizon Internet Services | BitTorrent |
| 2 | 100.3.89.116 | 5/19/2012 0:26 | Sarasota | FL | Verizon Internet Services | BitTorrent |
| 3 | 108.33.48.30 | 6/1/2012 6:15 | Tampa | FL | Verizon Internet Services | BitTorrent |
| 4 | 108.33.5.203 | 5/28/2012 8:09 | Hudson | FL | Verizon Internet Services | BitTorrent |
| 5 | 173.65.159.72 | 5/15/2012 15:10 | Spring Hill | FL | Verizon Internet Services | BitTorrent |
| 6 | 173.65.212.216 | 6/1/2012 15:17 | Brandon | FL | Verizon Internet Services | BitTorrent |
| 7 | 71.180.127.32 | 5/20/2012 14:19 | Safety Harbor | FL | Verizon Internet Services | BitTorrent |
| 8 | 71.180.180.49 | 6/14/2012 1:58 | Wesley Chapel | FL | Verizon Internet Services | BitTorrent |
| 9 | 71.180.62.13 | 5/25/2012 12:50 | Valrico | FL | Verizon Internet Services | BitTorrent |
| 10 | 71.243.255.197 | 5/10/2012 0:29 | Brandon | FL | Verizon Internet Services | BitTorrent |
| 11 | 72.91.168.91 | 5/3/2012 23:40 | Sarasota | FL | Verizon Internet Services | BitTorrent |
| 12 | 72.91.225.47 | 6/10/2012 7:16 | Bradenton | FL | Verizon Internet Services | BitTorrent |
| 13 | 96.228.147.176 | 5/6/2012 16:26 | Wesley Chapel | FL | Verizon Internet Services | BitTorrent |
| 14 | 96.228.198.240 | 5/6/2012 9:35 | Brandon | FL | Verizon Internet Services | BitTorrent |
| 15 | 96.252.238.171 | 5/14/2012 1:42 | North Port | FL | Verizon Internet Services | BitTorrent |
| 16 | 96.254.109.6 | 5/11/2012 11:43 | Saint Petersburg | FL | Verizon Internet Services | BitTorrent |
| 17 | 96.254.154.189 | 5/19/2012 14:36 | Largo | FL | Verizon Internet Services | BitTorrent |
| 18 | 108.223.190.233 | 6/9/2012 5:26 | Orlando | FL | SBC Internet Services | BitTorrent |
| 19 | 99.114.121.142 | 4/8/2012 18:01 | Jacksonville | FL | SBC Internet Services | BitTorrent |
| 20 | 99.169.225.194 | 4/8/2012 3:24 | Orlando | FL | SBC Internet Services | BitTorrent |
| 21 | 99.75.57.105 | 4/2/2012 3:03 | Oviedo | FL | SBC Internet Services | BitTorrent |
| 22 | 184.4.113.32 | 6/8/2012 2:06 | Lady Lake | FL | Embarq Corporation | BitTorrent |

EXHIBIT A

LMFL24

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 71.53.128.201 | 5/31/2012 5:45 | Kissimmee | FL | Embarq Corporation | BitTorrent |
| 24 | 71.55.11.154 | 5/26/2012 23:08 | Clermont | FL | Embarq Corporation | BitTorrent |
| 25 | 76.1.175.113 | 6/3/2012 5:26 | Lehigh Acres | FL | Embarq Corporation | BitTorrent |
| 26 | 76.5.195.164 | 5/15/2012 7:31 | Lehigh Acres | FL | Embarq Corporation | BitTorrent |
| 27 | 24.127.234.217 | 6/14/2012 4:41 | Ponte Vedra Beach | FL | Comcast Cable | BitTorrent |
| 28 | 24.129.122.179 | 5/16/2012 12:59 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 29 | 24.129.29.230 | 6/4/2012 12:55 | Saint Augustine | FL | Comcast Cable | BitTorrent |
| 30 | 24.129.78.121 | 6/3/2012 6:00 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 31 | 24.129.81.139 | 6/9/2012 18:52 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 32 | 66.177.7.56 | 5/28/2012 7:10 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 33 | 68.51.238.51 | 5/10/2012 6:25 | Fort Myers | FL | Comcast Cable | BitTorrent |
| 34 | 68.54.61.126 | 5/14/2012 17:52 | Cape Coral | FL | Comcast Cable | BitTorrent |
| 35 | 68.56.158.85 | 5/10/2012 2:21 | Lake Wales | FL | Comcast Cable | BitTorrent |
| 36 | 98.208.172.64 | 5/25/2012 19:10 | Naples | FL | Comcast Cable | BitTorrent |
| 37 | 50.88.11.88 | 5/3/2012 0:58 | Windermere | FL | Bright House Networks | BitTorrent |
| 38 | 66.157.228.205 | 4/24/2012 19:50 | Jacksonville | FL | BellSouth.net | BitTorrent |
| 39 | 70.147.107.71 | 6/11/2012 23:29 | Gainesville | FL | BellSouth.net | BitTorrent |
| 40 | 72.151.135.202 | 6/7/2012 15:21 | Orlando | FL | BellSouth.net | BitTorrent |
| 41 | 72.156.252.50 | 4/27/2012 22:51 | Orlando | FL | BellSouth.net | BitTorrent |
| 42 | 74.162.83.232 | 5/25/2012 13:00 | Melbourne | FL | BellSouth.net | BitTorrent |
| 43 | 98.65.174.180 | 5/17/2012 15:22 | Ormond Beach | FL | BellSouth.net | BitTorrent |
| 44 | 98.71.210.119 | 5/15/2012 3:11 | Saint Augustine | FL | BellSouth.net | BitTorrent |
| 45 | 98.85.249.91 | 4/28/2012 8:35 | Palm Bay | FL | BellSouth.net | BitTorrent |

EXHIBIT A

LMFL24