UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

v.                                              Case No.: 8:12-cv-1421-MSS-AEP

**RANDOLPH KNIGHT,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the following Motions: (1) Motion to Transfer Case filed by John Doe 9 (Dkt. 15), (2) Motion for Reconsideration regarding Order (Dkt. 48) denying John Doe 42's Motion for Protective Order, with Motion to Quash and Motion to Dismiss (Dkt. 33) filed by John Doe 42 (Dkt. 49); (3) and Motion for Reconsideration regarding Order (Dkt. 48) denying John Doe 12's Motion for Protective Order, with Motion to Quash and Motion to Dismiss (Dkt. 34) filed by John Doe 18 (Dkt. 50). On April 10, 2013, United States Magistrate Judge Anthony E. Porcelli issued a Report and Recommendation, recommending that the aforementioned motions be denied as moot pursuant to Plaintiff's notice of voluntary dismissal of Defendants John Doe 9, John Doe 18, and John Doe 42 from this action. (Dkt. 81) On April 12, 2013, John Doe 42 and John Doe 18 filed objections. (Dkt. 82; 83) In the objections, John Doe 42 and John Doe 18 object to the portion of the R&R that recommends denying as moot their request to quash the subpoena or issue a protective order. On April 26, 2013, Plaintiff filed a response to the objections and advise that it

1

had withdrawn any subpoenas associated with dismissed Defendants. (Dkt. 88) On May 7, 2013, during a hearing before Judge Porcelli, Plaintiff further stipulated that it has quashed subpoenas for John Doe 18 and John Doe 42; consequently, John Doe 42 and John Doe 8's objections to the R&R are moot. See (Dkt. 90)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects, subject

to the proviso that, by stipulation**, the subpoenas associated with the dismissed Defendants are void and unenforceable**.

Accordingly, it is **ORDERED** that:

1. The Motion to Transfer Case filed by John Doe 9 (Dkt. 15) is **DENIED as moot;**

2. The Motion for Reconsideration filed by John Doe 42 (Dkt. 49) is **DENIED as moot** in light of the stipulation; and

3. The Motion for Reconsideration filed by John Doe 18 (Dkt. 50) is **DENIED as moot** in light of the stipulation.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of May, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties